IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00893-MSK-CBS

CHEMETRICS, INC.,

    Plaintiff,

v.

SP SCIENTIFIC LTD., and
RAZVAN RADU, an individual,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Notice of Settlement and Unopposed Motion to Vacate Scheduling Conference [filed September 16, 2008; doc. 17] is **granted**. The scheduling conference set for September 23, 2008 is *vacated*. The parties shall file a stipulated motion to dismiss by **September 30, 2008**.

**DATED:**    September 16, 2008